

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Edgard Rafael ARCE Arvizu<br><br>        Defendant. | Magistrate Case No.:<br><br>**'08 MJ 8811**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about September 3, 2008, within the Southern District of California, defendant Edgard Rafael ARCE Arvizu did knowingly and intentionally import approximately 133.82 kilograms (294.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                            Hugo A. Leon
                                            Special Agent
                                            United States Immigration and
                                            Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF SEPTEMBER 2008.

                                              Peter C. Lewis
                                            U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Edgard Rafael ARCE Arvizu

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On September 3, 2008, at approximately 1841 hours, Edgard Rafael ARCE Arvizu entered the United States from Mexicali, Mexico at the Calexico East Cargo Port of Entry. ARCE Arvizu was the driver and sole occupant of a 1997 Freightliner Commercial Tractor.

Customs and Border Protection Officer (CBPO) D. Donaldson was assigned to primary inspections when ARCE Arvizu applied for entry. CBPO Donaldson received a negative oral Customs declaration from ARCE Arvizu. ARCE Arvizu stated that he was headed to Calexico, California to drop off the empty trailer he was pulling. ARCE Arvizu was referred to secondary for a more thorough examination. In secondary, CBPO D. Montero took over the inspection of ARCE Arvizu and the tractor-trailer. CBPO Montero conducted a search of the empty trailer and discovered a false wall within the trailer. CBPO Montero requested Canine Enforcement Officer (CEO) E. Barroso to screen the trailer with his Narcotic-Human Detector Dog (NHDD). CEO Barroso informed CBPO Montero that his NHDD had alerted to the front wall of the trailer.

CBPO Montero discovered forty-seven (47) packages concealed within the false wall. CBPO Montero probed one of the packages, producing a green, leafy, organic substance that tested positive for marijuana. The total weight was 133.82 kilograms (294.40 pounds) of marijuana.

ARCE Arvizu was arrested for violation of Title 21 United States Code 952 and 960, Importation of Controlled Substances. ARCE Arvizu, who was advised of his Miranda rights, acknowledged and waived his rights, agreeing to answer questions without an attorney.

ARCE Arvizu denied any knowledge of the marijuana concealed within the trailer. ARCE Arvizu stated that his employer, Hector Sepulveda Elias, called him at approximately 1700 hours and requested that he drive to Liberty Carton in Mexicali, Mexico and pick up an empty trailer. ARCE Arvizu was then to enter the United States with it and leave it parked at USA Gasoline by the Calexico East Port of Entry. Sepulveda Elias stated that he was to pick it up in the morning.